IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01019-BNB

HUBBERT ROY,

Plaintiff,

v.

TRANSPORTATION SECURITY ADMINISTRATION (T.S.A.),
DONNA A. KANE, Branch Chief, and
JOYCE BLACK, Claim Management Branch,

Defendants.

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff initiated this action by filing a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On May 5, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action, and directed Plaintiff to cure certain deficiencies. Specifically, he directed Plaintiff to file a complete complaint and motion and affidavit on the court-approved forms, which Plaintiff filed on May 10, 2010. Plaintiff was granted leave to proceed *in forma pauperis* on May 12, 2010. The Court will construe the amended complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as an advocate for *pro se* litigants. *See Hall*, 935 F.2d at 1110.

The Court has reviewed the amended complaint and has determined that it is deficient. Plaintiff asserts jurisdiction pursuant to the Federal Tort Claims Act (FTCA), for damage to his property incurred during a flight from Denver to California. However,

Plaintiff should note that in an FTCA action, the United States is the only proper Defendant. 28 U.S.C. § 2679(d)(1). Plaintiff will therefore be instructed to file a Second Amended Complaint that names only the United States as a party to the action. Plaintiff, further, is instructed to assert, in this case, how and when he exhausted his administrative remedies with respect to his claims asserted against the TSA. Accordingly, it is

ORDERED that Plaintiff files **within thirty days from the date of this Order** a Second Amended Complaint in keeping with this Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this Order, two copies of a Court-approved Complaint form. It is

FURTHER ORDERED that if Plaintiff fails to file a Second Amended Complaint that complies with this Order, to the Court's satisfaction and within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 13th day of May, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01019-BNB

Hubbert Roy
4943 Ursula St.
Denver, CO 80235

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint** to the above-named individuals on 5/13/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk