IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01019-BNB

HUBBERT ROY,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D.

The Court further has determined that, because Plaintiff filed the Complaint pursuant to 28 U.S.C. §§ 2671-2680, the only properly named defendant is the United States under § 2679(b)(1). Therefore, Defendant Transportation Security Administration will be substituted with the United States. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge. It is

FURTHER ORDERED that Defendant Transportation Security Administration will be substituted with the United States.

DATED July 28, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01019-BNB

Hubbert Roy
4943 Ursula St.
Denver, CO 80235

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/28/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk