**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01019-CMA-KMT

HUBBERT ROY,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 2, 2010 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the November 2, 2010 Recommendation by the United States Magistrate Judge that (1) "Defendant's Motion to Dismiss Second Amended Complaint" (Doc. # 22) be GRANTED pursuant to Fed. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief can be granted; and that (2) Plaintiff be granted leave to file a third amended complaint (Doc. # 25). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (Doc. # 25 at 6-7.) Despite this advisement, no objections to the Magistrate Judge's

Recommendation were filed by either party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes that the Magistrate Judge's analyses and recommendations are correct and that "there is no clear error on the face of the record."  *See* Fed. R. Civ. P. 72(b) advisory committee's note.  Therefore, the Court ADOPTS the Report of the Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 25), filed November 2, 2010, is ACCEPTED, and, for the reasons cited therein, "Defendant's Motion to Dismiss Second Amended Complaint" (Doc. # 22) is GRANTED pursuant to Fed. R. Civ. P. 12(b)(6).  Accordingly, Plaintiff's second amended complaint (Doc. # 12) is DISMISSED.

However, pursuant to the Magistrate Judge's Recommendation, Plaintiff is granted leave to file a third amended complaint.  Plaintiff has already tendered a third amended complaint (Doc. # 28).  Accordingly, the Clerk of the Court is DIRECTED to ACCEPT Plaintiff's tendered third amended complaint as the operative complaint.

Finally, in light of these rulings, it is ORDERED that Defendant's "Motion to Stay Proceedings Pending Ruling on Recommended Dismissal and Issuance of Further Orders" (Doc. # 26) is DENIED AS MOOT.

DATED: December  01 , 2010

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge